BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  S-96-00350-12 WBS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |
| BOA QIN CHEN, | |
| Defendant. | |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment with prejudice against defendant Boa Qin Chen.

DATED: February 24, 2014                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                       By:  */s/ William S. Wong*
                                            WILLIAM S. WONG
                                            Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. S-96-00350-12 WBS |
| Plaintiff, | ) **ORDER DISMISSING INDICTMENT** |
| v. | ) |
| BOA QIN CHEN, | ) |
| Defendant. | ) |

APPROVED AND SO ORDERED.

Dated:  March 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE